IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:22-CR-50-CAR-CHW |
| JARRELL JACKSON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL

Currently before the Court is the Defendant Jarrell Jackson's Unopposed Motion to Continue [Doc. 22] the pretrial conference scheduled for September 8, 2023, and the trial, which is set to begin on September 25, 2023, in Macon, Georgia. On September 13, 2022, the Grand Jury returned an indictment charging Defendant with Possession of a Firearm by a Convicted Felon. On March 14, 2023, Defendant was arrested. Defendant was appointed counsel, pled not guilty at his arraignment, and was detained pending trial. On August 25, 2023, Defendant filed a Motion to Suppress. The Government's response is due September 15, 2023. This case has previously been continued twice.

In the Motion, Defense Counsel requests additional time for the parties to complete the briefing on the Defendant's Motion to Suppress. The Government does not oppose a continuance. 18 U.S.C § 3161(h)(1)(D) provides that any delay resulting from any pretrial motion is excluded in computing the time within which the trial must

1

commence under the Speedy Trial Act. In addition, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address the motion and could result in a miscarriage of justice. Thus, Defendant Jackson's Unopposed Motion to Continue Trial [Doc. 22] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until December 4, 2023, this Court's next regularly scheduled term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 6th day of September, 2023.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT